An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS J. LAFFERTY,
Appellant,
vs.
ELIZABETH ANN PRICE,
Respondent.

No. 62732

**FILED**

APR 01 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 4, 2013, this appeal was docketed in this court without the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Cheryl B. Moss, District Judge, Family Court Division
Michael H. Schwarz
Rocheleau Law Group, PC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-09430